**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Saulenas, Inc.<br>Debtor, | Chapter: 11<br>Case No: 11–43091<br>Judge Melvin S. Hoffman |

**ORDER TO UPDATE**

**TO THE DEBTOR AND DEBTOR'S COUNSEL, IF ANY: You are hereby ORDERED to electronically file with this Court the document( s ) checked below. (NOTE: ONLY ATTORNEYS ARE REQUIRED TO FILE ALL DOCUMENTS ELECTRONICALLY PURSUANT TO MEFR 7.)**

☐ – Matrix Sheet: (If filed electronically Matrix needs to be uploaded under Creditor Maintenance and in .txt format.)
Due on:

☐ – UpLoad Creditor Matrix: (Matrix filed in improper format: Matrix needs to be uploaded under Creditor Maintenance and in .txt format.)
Due on:

☐ – Statement of Social Security/Tax ID Numbers. Official Form 21.
Due on:

☐ – Declaration Regarding Electronic Filing. Local Form 7.
Due on:

☐ – Corporate Vote ( Corporate Debtor Only ).
Due on:

☐ – Certification of Credit Counseling and if provided one during counseling, a copy of the Debtor Repayment Plan (if completed prior to filing).
Due on:

☐ – Other:

**PLEASE SEE NEXT PAGE FOR ADDITIONAL MISSING DOCUMENTS**

Order to Update (Continued)

Chapter: 11
Case No: 11–43091
Judge Melvin S. Hoffman

**ANY of the Documents checked below must be filed by 8/4/11 at 4:30 p.m.**

- ☐ – The petition must be signed by Attorney/Debtor.
- ☑ – Schedule( s ) A–H
- ☐ – Exhibit "A" Official Form 1( Chapter 11 Corporate Debtor ).
- ☐ – Exhibit "D" Official Form 1 (Individual Debtor's Statement of Compliance With Credit Counseling Requirement).
- ☑ – Statement of Financial Affairs Official Form B7.
- ☑ – Summary of Schedules. (Chapter 11 individuals only)
- ☐ – Statistical Summary of Certain Liabilities. ( Chapter 11 individuals only)
- ☑ – Statement of Attorney Compensation Official Form 203.
- ☑ – Notice to Individual Consumer Debtor(s) (Form B201A).
- ☑ – Certification of Notice to Individual Consumer Debtor(s) (Form B201B).
- ☑ – List of 20 Largest Unsecured Creditors ( Chapter 11 ).
- ☐ – Names and Addresses of Equity Security Holders of Debtor. FRBP 1007(a)(3) (Chapter 11).
- ☐ – Small Business Tax Return or Sec. 1116 Statement of Non Existence (Chapter 11).
- ☐ – Small Business Balance Sheet or Sec. 1116 Statement of Non Existence (Chapter 11).
- ☐ – Small Business Statement of Operations or Sec. 1116 Statement of Non Existence (Chapter 11).
- ☐ – Small Business Cash Flow Statement or Sec. 1116 Statement of Non Existence (Chapter 11).
- ☐ – Statement of Current Monthly Income Official Form B 22B (Chapter 11).
- ☐ – Verified statement or an unsworn declaration as required by FRBP 1008 and in accordance with 28 USC §1746.
- ☐ – New Schedule listing post–petition creditors ( in converted cases only ). Please check one, then sign and date and return to the Court at the address below.
    - ☐ – List and Verified Declaration attached.
    - ☐ – No post–petition creditors _____ .
    Signature / Date

YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW. FAILURE TO FILE THE REQUESTED DOCUMENTS MAY RESULT IN THE DISMISSAL OF YOUR BANKRUPTCY CASE, IF NOT FILED BY THE DUE DATES ABOVE. ALSO, PLEASE NOTE THAT IF NOT EARLIER DISMISSED, THE CASE MUST BE AUTOMATICALLY DISMISSED UNDER 11 U.S.C. §521(i) IF CERTAIN DOCUMENTS ARE NOT FILED WITHIN 45 DAYS OF THE DATE OF THE FILING OF THE PETITION. SHOULD YOU REFILE BANKRUPTCY WITHIN 12 MONTHS OF THE DISMISSAL, THE AUTOMATIC STAY MAY BE LIMITED OR TERMINATED DEPENDING UPON YOUR CIRCUMSTANCES. IF YOU HAVE QUESTIONS, YOU MAY WISH TO CONSULT AN ATTORNEY TO PROTECT YOUR RIGHTS.

**Forms may be downloaded from the U.S. Bankruptcy Court website at www.mab.uscourts.gov.**

○ United States Bankruptcy Court
John. W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

◉ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

Date: 7/21/11

By the Court,

David Corchado
Deputy Clerk
508–770–8905